473 A.2d 646

Bobinas, Appellant, v. Gordon (at No. 1711).

Cherrybon, Appellant, v. Gordon (at No. 1712).

Argued January 17, 1984. Edward E. Kopko, for appellants; Betty F. Perry, for appellee.

Before ROWLEY, HESTER and ROBERTS, JJ.

Orders of the Court of Common Pleas affirmed.